R. G. Badeaux, trading as R. G. Badeaux & Company,
Defendant in Error, v. August Rohrer and Marie
Rohrer, Plaintiffs in Error.

Gen. No. 17,711. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HENRY C.
WARD, Judge, presiding. Heard in the Branch Appellate Court at
the October term, 1911. Affirmed. Opinion filed October 9, 1913.

## Statement of the Case.

Action by R. G. Badeaux, trading as R. G. Badeaux
& Co., against August Rohrer and Marie Rohrer
to recover for money advanced and for commissions
due plaintiff as a real estate broker for presenting to
defendants a purchaser. From a judgment for plain-
tiff for one hundred and fifty-two dollars and sixty
cents, defendant brings error.

FREDERIC R. DE YOUNG, for plaintiffs in error.

H. P. SINDEN, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the
court.

## Abstract of the Decision.

1. BROKERS, § 55*—when entitled to commissions for procur-
ing real estate purchaser. Real estate broker held entitled to
commissions for producing a purchaser ready and willing to pur-
chase where the sale was not made because of the encroachment
of a bay window of the building over an adjoining lot.

2. BROKERS, § 33*—when original agreement for compensation
not altered by subsequent instrument. Written instrument claimed
to be a contract as to commissions after purchaser was produced
but not signed by both the parties, held not to alter or change the
rights of the parties under their original agreement.

3. BROKERS, § 27*—when not breach of trust to return earnest
money. Not a breach of trust for a broker to return earnest money
to procured purchaser when sale not consummated for failure of
owner to make good title.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.